UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BARON BRAND, | Case No. 1:25-cv-684 |
| Petitioner, | District Judge Timothy S. Black |
| | Magistrate Judge Karen L. Litkovitz |
| vs. | |
| WARDEN, PICKAWAY CORRECTIONAL INSTITUTION, | |
| Respondent. | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

This case is before the Court on the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz. (Doc. 4). Specifically, Judge Litkovitz issued a Report and Recommendation on October 14, 2025, recommending that the case be dismissed without prejudice, because this Court lacks jurisdiction to consider a second or successive petition under 28 U.S.C. § 2254, in the absence of prior authorization by the Sixth Circuit. (*Id*.)[1] Judge Litkovitz further notes that while this Court would ordinarily transfer the petition to the Sixth Circuit, Petitioner has already filed an identical motion with the Sixth Circuit. (*Id*. at 2). Accordingly, as Petitioner's motion is pending before

---

[1] In 2018, Petitioner filed his first petition in this Court, seeking to challenge his Hamilton County, Ohio convictions and sentence. *See Brand v. Warden*, Case No. 1:18-cv-697 (S.D. Ohio Oct. 2, 2018). Thereafter, the Sixth Circuit twice denied Petitioner authorization to file a second or successive petition. *See Brand v. Warden*, Case No. 1:21-cv-222 (S.D. Ohio Jun. 15, 2022) (Doc. 8); *see also Brand v. Warden*, Case No. 1:22-cv-406 (S.D. Ohio May 23, 2023) (Doc. 11).

the Sixth Circuit, Judge Litkovitz recommends that the instant case be dismissed without prejudice. (*Id.*) No objections have been filed, and the time for doing so has expired.

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case. Upon consideration of the foregoing, the Court finds that the Report and Recommendation (Doc. 4) should be and is hereby adopted in their entirety. Accordingly:

1. The Report and Recommendation (Doc. 4) is **ADOPTED**; and
2. This case is **DISMISSED without prejudice** and shall be terminated on the docket of this Court.

**IT IS SO ORDERED**.

Date: 11/17/2025

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge

2